IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NICKOLAUS GARCIA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:23-cv-00477 |
| | § | |
| CONN APPLIANCES, INC., and | § | |
| TRUEACCORD, CORP., | § | |
| Defendants. | § | |

**PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE
AND MOTION TO VACATE ALL DEADLINES**

TO THE HONORABLE JUDGE OF SAID COURT;

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The Plaintiff intends to file a dismissal as soon as practicable, but respectfully requests that the Plaintiff is given 30 days to file the said dismissal. Accordingly, Plaintiff respectfully requests that the Court vacate all current deadlines as set forth in the Federal Rules of Civil Procedure as no scheduling order has been filed at this time.

Plaintiff is filing this Notice and Motion with Defendants' approval and permission.

    Respectfully submitted,

    David K. Sergi & Associates, P.C.
    329 S. Guadalupe St.
    San Marcos, Texas 78666
    Phone: (512) 392-5010
    Fax:   (512) 392-5042

    By: */s/ David K. Sergi*
    David K. Sergi
    Texas Bar No. 18036000
    Email: david@sergilaw.com

    ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was e-served on each attorney of record or party in accordance with Texas Rules of Civil Procedure, Rule 21a on July 17, 2023 as follows:

Earl L. Ingle
Munsch Hardt Kopf & Harr, P.C.
Email: eingl@munsch.com
Michael A. Harvey
Email: mharvey@munsch.com
700 Milam Street, Suite 800
Houston, Texas 77002
ATTORNEYS FOR DEFENDANT
CONN'S APPLIANCES, INC.

Steven R. Zahn
TrueAccord Corp.
16011 College Blvd., Suite 130
Lenexa, KS 66219
Email: szahn@trueaccord.com
ATTORNEY FOR DEFENDANT
TRUEACCORD

                                                 */s/ David K. Sergi*
                                                     David K. Sergi
                                                     ATTORNEY FOR PLAINTIFF